THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Michael Phillip
 McFadden, Appellant.
 
 
 
 
 

Appeal From Florence County
 Ralph King Anderson, Jr., Circuit Court
Judge

Unpublished Opinion No. 2011-UP-245   
Submitted May 1, 2011  Filed May 24, 2011

AFFIRMED

 
 
 
 Appellate Defender Kathrine Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Senior Assistant Attorney General Harold M. Coombs, all of
 Columbia; and Solicitor Edgar L. Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Michael
 Phillip McFadden appeals his convictions for possession of cocaine, possession
 of cocaine base with intent to distribute, and possession of a sawed-off
 shotgun, arguing the trial court erred in admitting testimony concerning a
 statement made by him because he was not given notice of the statement under
 Rule 5, SCRCrimP, until the day before trial.  We affirm[1] pursuant to rule 220(b)(1), SCACR, and the following authorities:  State v.
 Kerr, 330 S.C. 132, 150, 498 S.E.2d 212, 221 (Ct. App. 1998) (holding
 a trial court's decision of whether to impose sanctions under Rule 5, SCRCrimP,
 "will not be disturbed absent an abuse of discretion"); State v.
 Davis, 309 S.C. 56, 63, 419 S.E.2d 820, 824-25 (Ct. App. 1992) (holding the
 trial court did not abuse its discretion in denying a defendant's motion to
 suppress statements when Rule 5, SCRCrimP, may have been violated and when
 defendant was given an opportunity to view and copy the State's file on the
 statement and the defendant did not request a continuance). 
AFFIRMED.
SHORT, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.